## STATE v. T. E. LOWRY.
### 6 Div. 394.

Court of Appeals of Alabama.
Dec. 20, 1932.

Thos. E. Knight, Jr., Atty. Gen., and Thos. Seay Lawson, Asst. Atty. Gen., for the State.
J. T. Johnson, of Oneonta, for appellee.

SAMFORD, J.
Appeal dismissed.

## STATE v. Cleveland SCARBROUGH.
### 4 Div. 883.

Court of Appeals of Alabama.
May 17, 1932.

RICE, J.
Reversed and rendered.

## Houston STATUM v. STATE.
### 8 Div. 715.

Court of Appeals of Alabama.
March 21, 1933.

SAMFORD, Judge.
Affirmed.

## Jack STEEL v. CITY OF TUSCALOOSA.
### 6 Div. 497.

Court of Appeals of Alabama.
April 20, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

## Otis A. STEPHENS v. STATE.
### 6 Div. 283.

Court of Appeals of Alabama.
May 10, 1932.

RICE, J.
Appeal dismissed.

## Thomas STEVENS v. Wm. H. HOLCOMBE, Jr., Sheriff.
### 1 Div. 58.

Court of Appeals of Alabama.
Feb. 2, 1932.

PER CURIAM.
Appeal dismissed.

## Homer STEVENS v. STATE.
### 5 Div. 865.

Court of Appeals of Alabama.
Nov. 29, 1932.

C. T. Reneau, of Wetumpka, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.
Affirmed.

## A. W. STEWART v. H. G. JOHNSON.
### 2 Div. 481.

Court of Appeals of Alabama.
May 10, 1932.

BRICKEN, P. J.
Affirmed.